# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

|               |   |                        |
|---------------|---|------------------------|
| USA           | ) | Case No: 14 CR 406     |
| v.            | ) | Judge: Young B. Kim    |
| Jose Melendez | ) |                        |

## ORDER

Arrest warrant issued to Bureau of Alcohol, Tobacco, Firearms & Explosives as to Jose Melendez.

Date: July 22, 2014            /s/ Young B. Kim

A.W. Issued (um) 7/23/14