IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | Case No: 14 CR 406 |
| v. | ) | |
| | ) | Judge: Young B. Kim |
| Jose Melendez | ) | |

## ORDER

Initial appearance proceedings held. Defendant Jose Melendez appeared in response to today's arrest. Attorney Donna Foley of the Federal Defender Panel is appointed as counsel for Defendant. The court advised Defendant of his rights. Government and Defendant agreed on certain conditions of release. Enter Order Setting Conditions of Release. A preliminary examination hearing is scheduled for July 30, 2014, at 11:00 a.m. in courtroom 1743. Defendant is ordered released after processing.

(00:10 initial appearance)

Date: July 24, 2014                    /s/ Young B. Kim