UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JOSE MELENDEZ

No. 14 CR 406

JUDGE DURKIN

MAGISTRATE JUDGE KIM

Violations: Title 21, United States Code, Section 841(a)(1)

## COUNT ONE

The SPECIAL JULY 2013 GRAND JURY charges:

On or about November 1, 2013, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSE MELENDEZ,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

FILED

SEP 1 8 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COUNT TWO

The SPECIAL JULY 2013 GRAND JURY further charges:

On or about November 13, 2013, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSE MELENDEZ,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The SPECIAL JULY 2013 GRAND JURY further charges:

On or about January 16, 2014, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSE MELENDEZ,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT FOUR**

The SPECIAL JULY 2013 GRAND JURY further charges:

On or about February 12, 2014, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSE MELENDEZ,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

The SPECIAL JULY 2013 GRAND JURY further charges:

On or about March 26, 2014, at Elmwood Park, in the Northern District of Illinois, Eastern Division,

JOSE MELENDEZ,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY